AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

**RECEIVED**

JUN 10 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

THAMBYMUTHTHU · PERINPARASA
_____
Petitioner

v.

Case No. 1:20-CV-00664-DDD-JPM
_____
(Supplied by Clerk of Court)

MR. FREDERICK
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.   (a) Your full name: THAMBYMUTHTHU · PERINPARASA
    (b) Other names you have used:
2.   Place of confinement:
    (a) Name of institution: LASALLE CORRECTIONAL CENTER
    (b) Address: 15976, HIGHWAY-165
          OLLA · LA · 71463
    (c) Your identification number: 203-675-750
3.   Are you currently being held on orders by:
    ☐ Federal authorities      ☐ State authorities      ☒ Other - explain:
    STILL I AM IN THE ICE CUSTODY AT THIS FACILITY
4.   Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: IMMIGRATION COURT, 1900 EAST WHATLEY ROAD OAKDALE, LA · 71463
        (b) Docket number of criminal case:
        (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☒ Other (explain): LAST 24TH OF OCTOBER OAKDALE IMMIGRATION COURT THE HONORABLE JUDGE GIAVE ME, A · DEPORTATION ORDER BUT UNTIL TODAY I WAS STAY IN THIS FACILITY

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☒ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
  maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain):  MY ATTORNEY APPEAL TO. MY INTERVIEW OFFICER
OF. U.S. HOMELAND SECURITY ON AFTER MY DEPORTATION
ORDER BUT APPEAL GRANDERD UNPORTUNALTY INTERVIEW DENI
-ED

6.   Provide more information about the decision or action you are challenging:

     (a) Name and location of the agency or court:  _____

     (b) Docket number, case number, or opinion number:  _____

     (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

     _____

     _____

     (d) Date of the decision or action:  _____

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**

     Did you appeal the decision, file a grievance, or seek an administrative remedy?

     ☒ Yes                ☐ No

     (a) If "Yes," provide:

         (1) Name of the authority, agency, or court:  INTERVIEW OFFICER
             U.S. HOMELAND SECURITY

         (2) Date of filing:  _____

         (3) Docket number, case number, or opinion number:  _____

         (4) Result:  APPEAL GRANDERD

         (5) Date of result:  5th OF FEBRUARY MY ATTORNY SAY DENIED

         (6) Issues raised:  _____

         _____

         _____

         _____

         _____

     (b) If you answered "No," explain why you did not appeal:  _____

     _____

8.   **Second appeal**

     After the first appeal, did you file a second appeal to a higher authority, agency, or court?

     ☐ Yes                ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)      Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)      Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11.      **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:

(a)      Date you were taken into immigration custody: _____

(b)      Date of the removal or reinstatement order: _____

(c)      Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _____

_____

_____

(a)  Supporting facts _(Be brief. Do not cite cases or law.):_

_____

_____

_____

_____

(b)  Did you present Ground One in all appeals that were available to you?
☐ Yes          ☒ No

**GROUND TWO:** _____

_____

_____

(a)  Supporting facts _(Be brief. Do not cite cases or law.):_

_____

_____

_____

_____

(b)  Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☒ No

**GROUND THREE:** _____

_____

_____

(a)  Supporting facts _(Be brief. Do not cite cases or law.):_

_____

_____

_____

_____

(b)  Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____
_____
_____

## Request for Relief

15. State exactly what you want the court to do: The Following name of petitioner From Sri lanka Eastren province. My nation is Tamil Becaus. Last year 28th february Singales wapone group. Kidnap and tourture me. and threten that Same time they was Tooking and Beat me. and. Still I have a. Many Burn Injurys. and Back Born. Pain as well Righ now as well I has. use. medicine. in Back Born. But last time too my mother. Send me. Some Letter Her Mension. To until Now Some. Civilians. with out Uniform Some body came to. Searching me my home. and threating my family your. Son (Perinparası.) we will find one day and how Long hecdn. be hidden. when is Come back this Country we will kill your. Son. So. How Can. I go. back I have a. Still Affaird please. Release me.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06|05|2020

_____

*Signature of Petitioner*

Right now I don't have. a. attorney
_____
*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1.  **Who Should Use This Form.** You should use this form if
    - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
    - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
    - you are alleging that you are illegally detained in immigration custody.

2.  **Who Should Not Use This Form.** You should not use this form if
    - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
    - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
    - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3.  **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4.  **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5.  **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6.  **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7.  **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8.  **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.