c

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

THAMBYMUTHTHU                        CIVIL DOCKET NO. 1:20-CV-00664
PERINPARASA,
Petitioner

VERSUS                               JUDGE DRELL

WILLIAM P. BARR, *ET AL.*,            MAGISTRATE JUDGE PEREZ-MONTES
Respondents

---

## MEMORANDUM ORDER

Petitioner Thambymuththu Perinparasa ("Perinparasa") filed a Motion to Appoint Counsel (ECF No. 13).

Although they arise from underlying criminal proceedings, federal habeas corpus proceedings are civil in nature. *United States v. Johnston*, 258 F.3d 361, 364 (5th Cir. 2001). Accordingly, "noncapital defendants have no . . . right to the appointment of counsel in federal habeas corpus proceedings." *McFarland v. Scott*, 512 U.S. 849, 857 n.3 (1994); *accord Ortlof v. Fleming*, 88 F. App'x 715, 717 (5th Cir. 2004).

Under 18 U.S.C. § 3006A, appointment of counsel is available for habeas petitioners when necessary in the interests of justice. *See* Habeas Corpus Rule 8(c); *Norris v. Wainwright*, 588 F.2d 130, 133–34 (5th Cir. 1979). And courts typically appoint counsel when an evidentiary hearing is required. *See* Rule 8(c), Rules Governing § 2254 Cases; *see also* Rule 1(b), Rules Governing § 2254 Cases ("[A] district court may apply any or all of these rules to a habeas corpus petition not

covered by Rule 1(a)."). Otherwise, appointment of counsel is generally unwarranted. *See Valenzuela v. Morris*, 245 Fed.Appx. 397, 398 (5th Cir. 2007) (rejecting a petitioner's "conclusional" challenge to a district court's refusal to appoint counsel in a habeas proceeding under 28 U.S.C. § 2241).

In this case, Perinparasa is a noncapital defendant with no statutory or absolute right to appointed counsel. Also, no exceptional circumstances justify appointing counsel. Immigration cases involve somewhat complex areas of law, but most questions resolved by the Court are legal rather than factual. At present, no evidentiary hearing is required. Additionally, Perinparasa is able to articulate his claims *pro se* light of the complexity of the legal issues. And no other circumstances require the appointment of counsel "in the interests of justice."

Therefore, Perinparasa's Motion to Appoint Counsel (ECF No. 13) is hereby DENIED.

SIGNED on Wednesday, October 7, 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2