UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THAMBYMUTHTHU PERINPARASA #A203-675-750, Plaintiff | CIVIL DOCKET NO. 1:20-CV-00664 SEC P |
| VERSUS | JUDGE DEE D. DRELL |
| WILLIAM P BARR ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (ECF No. 20), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 6) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 1st day of April 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT